IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOX VALLEY & VICINITY CONSTRUCTION WORKERS WELFARE FUND, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION ) ) NO. 24 C 11482 |
| LAW EXCAVATING, INC., an Illinois corporation, | ) ) ) JUDGE LaSHONDA A. HUNT |
| REID B. LAW, an individual, | ) ) ) |
| Defendants. | ) ) |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

Plaintiffs, by their attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendants, LAW EXCAVATING, INC., an Illinois corporation, and REID B. LAW, an individual, in the total amount of $2,781.00 for Plaintiffs' court costs and reasonable attorneys' fees.

Plaintiffs were originally also seeking $6,098.34 for contributions, liquidated damages, interest and audit fees incurred pursuant to an audit of the Defendant's payroll books and records for the time period July 1, 2022 through March 31, 2024. Plaintiffs are submitting herewith an Affidavit of David A. Dorfman, the President of Plaintiffs' third-party administrator, which supports that $6,098.34 was due pursuant to the payroll audit. At present, Defendant has submitted the full audit amount due of $6,098.34. Unfortunately, Mr. Dorfman is now on vacation and unable to sign off on an updated affidavit.

On December 6, 2024, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Steve A. Cox) at his place of business (a copy of the

Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on December 27, 2024. On November 19, 2024, the Summons and Complaint was served on Defendant Reid B. Law (by tendering a copy of said documents to him personally). Therefore, Defendant Reid B. Law's answer was due by December 10, 2024.

  As Defendants have failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

                  /s/ Carson W. Fallo

Carson W. Fallo  
Attorney for the Plaintiffs  
BAUM SIGMAN AUERBACH & NEUMAN, LTD.  
200 West Adams Street, Suite 1825  
Chicago, IL 60606-5250  
Bar No.: 6345253  
Telephone: (312) 216-2550  
Facsimile: (312) 236-0241  
E-Mail: cfallo@baumsigman.com

I:\FVCWJ\LAW EXCAVATING\#30946\MOTION FOR ENTRY OF DEFAULT AND JUDGMENT.CWF.DF.DOCX

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 13th day of March 2025:

    Mr. David D. Shockey, Registered Agent
    Law Excavating, Inc.
    208 W. Stephenson Street
    Freeport, IL   61032

    Reid B. Law, President
    Law Excavating, Inc.
    100 N. Jackson Street
    Mount Carroll, IL    61053

                                                    /s/   Carson W. Fallo

Carson W. Fallo
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6345253
Telephone:  (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

I:\FVCWJ\LAW EXCAVATING\#30946\NOTICE OF MOTION.CWF.DF.DOCX